UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANELYS HERNANDEZ, on behalf of herself and all other similarly situated,

                Plaintiff,

-v-

Nooworks, LLC,

                Defendant.

CIVIL ACTION NO.: 23 Civ. 2657 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On April 3, 2023, the Honorable Jesse M. Furman issued an Order Regarding Early Settlement Conference and the Initial Pretrial Conference requiring that, <u>inter alia</u>, "**no later than one week after an answered is filed**, the parties shall contact the Chambers of the assigned Magistrate Judge to schedule a settlement conference to take place *at least two weeks before* the initial pretrial conference scheduled [for July 6, 2023]." (ECF No. 5 at 1) (emphasis in original). On the same day, this action was referred to Magistrate Judge Sarah L. Cave for settlement. (ECF No. 6). On May 30, 2023, Defendant filed an answer. (ECF No. 11). To date, the parties have not contacted Judge Cave's chambers to schedule a settlement conference.

Accordingly, a telephone conference to schedule a settlement conference is scheduled for **Thursday, June 15, 2023 at 11:00 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a settlement conference, as well as their preferred format for the settlement conference (in-person or by videoconference hosted by the Court on Microsoft Teams).

2

Dated:       New York, New York                SO ORDERED.
             June 13, 2023

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2