UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                  :

JANELYS HERNANDEZ, *on behalf of herself and all*  :
*others similarly situated*,               :
                  :

              Plaintiff,     :          23-CV-2657 (JMF)
                  :

       -v-               :          ORDER
                  :

NOOWORKS, LLC,            :
                  :

             Defendant.    :
                  :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

Pursuant to the Court's June 26, 2023 Order, ECF No. 15, the parties were required to file a joint letter and proposed case management plan by **June 29, 2023**.  To date, the parties have not filed their joint letter.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **July 5, 2023, at noon**.

      SO ORDERED.

Dated:  June 30, 2023
       New York, New York                _____
                                JESSE M. FURMAN
                            United States District Judge