UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
JANELYS HERNANDEZ, *on behalf of herself and all*  :
*others similarly situated*,                        :
:
Plaintiff,           :          23-CV-2657 (JMF)
:
-v-                :          ORDER
:
NOOWORKS, LLC,                                      :
:
Defendant.         :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Pursuant to the Court's June 26, 2023 Order, ECF No. 15, the parties were required to file a joint letter and proposed case management plan June 29, 2023. The parties failed to file their joint letter. The Court extended their deadline to today at noon, ECF No. 16, but again the parties failed to comply. In light of the foregoing, not to mention the July 21, 2023 settlement conference before Magistrate Judge Cave, *see* ECF No. 14, the initial pretrial conference schedule for July 6, 2023, is hereby ADJOURNED to **August 24, 2023, at 9:00 a.m.**

      **Should the parties once again fail to file their preconference letter and proposed case management plan before that conference, or otherwise fail to comply with the Court's orders going forward, the Court will impose sanctions.**

      SO ORDERED.

Dated: July 5, 2023
      New York, New York
                                           JESSE M. FURMAN
                                         United States District Judge