# The Law Office of Noor A. Saab, Esq.

380 North Broadway, Penthouse West
Jericho, New York 11753
Tel: 718-740-5060 * Fax: 718-709-5912
Email: NoorASaabLaw@Gmail.com

> Plaintiff's request at ECF No. 21 for an adjournment of the settlement conference is DENIED as moot. The settlement conference has already been canceled. (ECF No. 19).
>
> The Clerk of Court is respectfully directed to close ECF No. 21.
>
> SO ORDERED.   7/19/2023
>
> *[signature]*
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**
The Honorable Judge Jesse M. Furman
United States District Court
Southern District of New York
40 Centre Street, Room 2202
New York, NY 10007

Re:   *Janelys Hernandez v. Nooworks, LLC - Case No. 1:23-cv-02657-JMF*
      Adjournment Pre-Motion Settlement Conference Request due to Illness

To the Honorable Judge Jesse M. Furman,

    Plaintiff submits this letter motion respectfully seeking an adjournment of the settlement conference currently scheduled for July 21, 2023 as per Dkt. 14 to August 25, 2023 or any such later date as acceptable for the Court. Plaintiff's counsel is unable to attend due to medical reasons. The Defendant's counsel has consented to an adjournment. This is the first time Plaintiff seeks the relief requested.

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.


Respectfully submitted,

*/s/ Noor A. Saab, Esq.*