UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANELYS HERNANDEZ, on behalf of herself and all other similarly situated,

                Plaintiff,

-v-

NOOWORKS, LLC,

                Defendant.

CIVIL ACTION NO.: 23 Civ. 2657 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

As a one-time courtesy, the Court <u>sua sponte</u> extends to **July 27, 2023** Plaintiff's deadline to respond to the Court's Order to Show Cause at ECF No. 19. Plaintiff is again expressly warned that failure to comply will result in sanctions and/or a recommendation to the Honorable Jesse M. Furman to impose sanctions including dismissal for failure to prosecute.

Dated:     New York, New York
          July 25, 2023

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**