UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANELYS HERNANDEZ, on behalf of herself and all other similarly situated,

                    Plaintiff,

-v-

NOOWORKS, LLC,

                    Defendant.

CIVIL ACTION NO.: 23 Civ. 2657 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On review of Plaintiff's submission at ECF No. 24, the Court deems the order to show cause at ECF No. 19 to be satisfied.

The parties shall meet and confer, and, by **August 5, 2023**, file a joint letter on the docket indicating whether they would like to schedule another settlement conference with the Court. If so, the parties shall state their mutual availability, and that of their clients, for September and October, 2023.

Dated:     New York, New York     SO ORDERED.
            July 28, 2023

_____
SARAH L. CAVE
United States Magistrate Judge